**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

NATIONSTAR MORTGAGE, LLC, : No. 884 MAL 2014
:
Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
v. :
:
:
:
THOMAS MASUCCI, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.